VINCENT ZELNICK, Appellant, v. DONALD PANTOLIANO, Respondent.— In an action to recover damages for personal injuries alleged to have been caused by the negligence of the defendant in the operation of a motor vehicle, the plaintiff appeals from an order of the Supreme Court, Kings County, dated September 10, 1959, denying his motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## June 22, 1960

In the Matter of the Application of WARREN G. AUSTIN for Admission to Practice as an Attorney. (From the State of Minnesota.) — Application granted. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

In the Matter of the Application of ROBERT WARREN MURRAY for Admission to Practice as an Attorney. (From the District of Columbia.)— Application granted. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

## June 23, 1960

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DORIS QUINONES, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered March 3, 1958, convicting her of the crimes of burglary in the second degree and grand larceny in the first degree, and imposing sentence. Judgment reversed on the law and the facts and a new trial ordered, on the authority of the determination of this court on the appeal of the codefendant (*People* v. *Di Cicco,* 10 A D 2d 734). The District Attorney has consented to such reversal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DORIS QUINONES, Appellant.— Motion by appellant to vacate order dated January 12, 1959, dismissing appeal, to restore the appeal to the calendar, and for other relief. The District Attorney on behalf of respondent consents to the granting of the motion. Motion granted. The appeal is placed on the calendar for the June 1960 Term, and will be deemed to have been submitted on the record and briefs in the codefendant's appeal (*People* v. *Di Cicco,* 10 A D 2d 734). Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.